# Exhibit E



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## Atty's Ties To Businessman Not Enough For DQ, Judge Says

By **Matthew Guarnaccia**

Law360, New York (March 30, 2017, 6:10 PM EDT) -- A New York federal judge on Wednesday denied a bid to disqualify the counsel for a Montana energy company in a racketeering lawsuit against a businessman, saying it is not clear the attorney's professional relationship with the businessman necessitates his removal from the case.

U.S. District Judge Andrew L. Carter said that while the facts suggest attorney Wesley J. Paul represented certain entities held by businessman Jay Edington prior to acting as counsel for Bakken Resources Inc. in the instant case, there is no evidence Paul represented Edington personally, nor did the attorney represent any of his other companies named in the lawsuit.

Judge Carter also found that Edington, who is accused of racketeering by Bakken in connection with the company's reverse merger, did not adequately support his contention that various meetings with Paul allegedly concerning matters related to the instant case make the attorney a necessary witness. Dismissing the businessman's motion without prejudice, the judge noted that there were at least three other witnesses at the meetings who could provide testimony on questions of jurisdiction and venue that could be raised by Edington.

"While the scope of Paul's involvement in the underlying facts of the case does give the court pause, defendants simply have not met their heavy burden to disqualify Paul at this stage," Judge Carter wrote.

Judge Carter also noted that if the need for Paul's testimony arises as the case progresses, Edington will be allowed to ask for disqualification again. The judge additionally shot down a motion by Bakken for fees based on the disqualification bid, saying Edington's request was not so lacking in merit to require such an award.

Paul told Law360 on Thursday that he is pleased with the ruling and glad the focus can now return to Bakken's claims.

"I'm happy that we can actually get to the substance and the merits of the case," Paul said.

According to an amended complaint, Edington has been involved in several reverse mergers, in which a private company acquires a public company in order to bypass the traditional process of going public. One such transaction involved the creation of Montana-based Bakken Resources, whose principal asset is 2,500 net mineral acres spread across land in and around North Dakota.

Shortly after being convinced by Edington in 2011 to pursue capital-raising efforts, Bakken Resources said that it discovered "previously undisclosed and false information that Edington had stated about his background," and ultimately decided to terminate him over his "questionable

regulatory past, misstatements, and overall behavior."

Following his termination, Edington allegedly "began a systematic campaign to discredit, defame, malign, and interfere with the company and its officers and directors through various means, including litigation," ultimately giving rise to Bakken Resources' Racketeer Influenced and Corrupt Organization Act claims against Edington and others in November.

Edington counsel Michael Strage of the Law Office of Michael Strage told Law360 on Thursday that the case is simply a response to a proxy war between Bakken shareholders in Montana state court.

He said the instant case against Edington is a "sideshow" by Paul, who has a stake in Bakken and is using the case as leverage against other shareholders. To reach that end, Strage said Paul had engaged in "scurrilous" actions, including this litigation and the use of thousands of Bakken's dollars to create a report written in support of his ownership position.

Strage said the key component of Judge Carter's ruling is that their motion to dismiss was denied without prejudice, leaving room for more action later on.

"As to whether we'll pursue Mr. Paul later, it is in the cards that there could be all kinds of action against [him]," Strage said.

He told Law360 that his next move in the instant case would be to request a stay for the resolution of the Montana action, and also file a motion to dismiss, if necessary.

Edington asked Judge Carter to **disqualify Paul in June**, as the attorney had access to the businessman's privileged information through his role as Edington's counsel and business confidant.

Bakken **rebutted these contentions** a day later, saying the pair never executed a fee arrangement, or even had an informal agreement for legal services. The company also said Edington did not pay any legal fees to Paul, and asked Judge Carter to order a repayment of costs and fees associated with the motion to disqualify.

Bakken Resources is represented by Matthew C. Sferrazza Jr. and Wesley J. Paul of the Paul Law Group LLP.

The defendants are represented by Michael Strage of the Law Office of Michael Strage.

The case is Bakken Resources Inc. v. Edington et al., case number 1:15-cv-08686, in the U.S. District Court for the Southern District of New York.

--Editing by Catherine Sum.

All Content © 2003-2017, Portfolio Media, Inc.