# Exhibit F

RECEIVED
AUG 1 0 2016
BROWNING, KALECZYC,
BERRY & HOVEN, PC

FILED August 8, 2016
NANCY SWEENEY, Clerk of District Court
By T. DILLMAN Deputy

MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS AND CLARK COUNTY

| | |
|---|---|
| BAKKEN RESOURCES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. ANDERSON, a married person, KAREN S. MIDTLYNG, a married person, WESLEY J. PAUL, a married person, and JOHN DOES NOS. 1-10,<br><br>Defendants. | Case No. DDV 2016-611<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff's Notice of Dismissal with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice.

DATED this 8 day of August, 2016.

JAMES P. REYNOLDS
DISTRICT COURT JUDGE

cc: Oliver H. Goe/Evan M.T. Thompson

- 1 -

1635412/5364.001