University School of Law as its Dean in 2001. I have also taught courses in corporate and securities law as a visiting professor at Seattle University School of Law, New York Law School, DePaul University Law School, Seton Hall University School of Law, the University of Denver, and Pepperdine University School of Law.

4. I am an inactive member of the Illinois, California and Florida Bars. I am a member of the Washington State Bar's Committee on Corporate and Securities Law.

5. I am frequently consulted by plaintiffs' and defendants' counsel in corporate/ securities litigation. In 1991, I was certified as an expert in the area of corporate/ securities law in a criminal prosecution in the U.S. District Court for the Eastern District of Oklahoma. I have been retained as an expert witness or consultant in more than fifty cases on a number of issues of federal and state securities law, general corporate law, the duties of corporate fiduciaries, and corporate governance issues. A number of opinions that I have given in such cases have related to whether proposed settlements in derivative actions convey adequate value to companies and enhance the worth of their shares.

6. To that end, I was particularly gratified by comments made in 2013 by U.S. District Judge Marsha J. Pechman of the Western District of Washington in *In re Cell Therapeutics, Inc. Derivative Action*. She said this of an opinion I had given on the value added to the company by that suit. "I'm also ready to award plaintiffs the fees that they are requesting. I have to say that the professor's affidavit really impressed me. It had a good explanation of what the value was to the company, why they were doing it. And I don't often see an explanation that matches the type of company it is with the types of reforms that were suggested. So I appreciate that. And so I see that there has been value added in these derivative actions."

7. I have also been retained as counsel by private litigants to address significant legal and public policy questions in corporate law. For example, I appeared before the Washington Supreme Court in March 2009 and successfully argued that Washington State should adopt Delaware's demand futility pleading standard in shareholder derivative actions. *In re F5 Networks, Inc.*, 166 Wash. 2d 229, 207 P.3d 433 (Wash. 2009). I also appeared before the Supreme Court of Minnesota where I successfully argued a case involving that state's securities laws. *Risdall v. Brown-Wilbert*, 753 N.W. 2d 723 (Minn. 2008). I have also testified before a committee of the U.S. House of Representatives regarding issues of corporate law.

8. I have published more than thirty law review articles about issues of corporate and securities law and jurisprudence on topics including shareholder derivative actions, corporate governance, corporate social responsibility, enforcement of the federal securities law, and investor remedies for securities fraud. In addition, I have frequently contributed articles to the *National Law Journal* on topics involving issues of corporate law. *See* Curriculum Vitae of Daniel J. Morrissey, attached hereto as Exhibit A. I am also the co-author of a casebook entitled *Securities Litigation* recently published by Carolina Academic Press to be used in law school classes on that subject. There, among other contributions, I was the principal author of the chapter on derivative suits.

9. I frequently lecture on these topics at professional conferences of leading corporate and securities law practitioners, jurists, and financiers. For example, I was a panelist in October, 2015 and October, 2014 at the annual Investor Protection Conference at Loyola Law School in Chicago speaking about shareholder derivative lawsuits, state securities laws, and trends in securities arbitration. I also delivered remarks at the Ninth Annual Corporate and Securities Law Insights seminar, "Understanding Developments in Corporate Litigation," which featured

the Honorable Donald F. Parsons, Jr., Vice Chancellor of Delaware's Court of Chancery, held in Seattle, Washington.

10.   In addition, I lectured on the limits of civil investigatory and prosecutorial discretion of regulatory agencies at the Washington State Bar Association's seminar on federal administrative law on September 15, 2011. I also gave the keynote address on securities regulation after the subprime meltdown at the Northwest Securities Institute in Seattle on March 6, 2010. In addition I have been a panelist at Seattle University Law School's conference on corporate governance.

# DANIEL J. MORRISSEY

Gonzaga University Law School  
Box 3528  
Spokane, WA 99220  
509-313-3693 (o)  
509-879-2457 (c)

Married, two children  
Member: Florida, Illinois and California Bars  
dmorrissey@lawschool.gonzaga.edu

## EMPLOYMENT

| | |
|---|---|
| Present - | Professor of Law, Gonzaga University – Contracts, Corporate Law, Securities Regulation, Corporate Seminar |
| Summer, 2009 | Visiting Professor, De Paul University, Corporate Law |
| Summer, 2007 | Visiting Professor, New York Law School, Corporate Law |
| August 2004 –2005 | Visiting Professor, Seattle University School of Law Subjects: Corporate Finance, Corporate Law, Securities Law and Securities Regulation |
| August 2001 – 2004 | Dean and Professor of Law, Gonzaga University School of Law, Spokane, WA |
| August 1994-2001 | Dean and Professor of Law, St. Thomas University School of Law, Miami, Florida. Dean, 1994-99, Professor 99-01 |
| August 1982-1994 | Professor, The University of Tulsa School of Law. Subjects: Securities, Corporations, and Jurisprudence. Contracts |
| August 1988-December 1988 | Visiting Associate Professor, University of Denver School of Law. Subjects: Corporations |
| August 1986-May 1987 | Visiting Associate Professor, Seton Hall University School of Law. Subjects: Securities, Corporation Finance, and Business Association. |
| 1981- 1982 | Associate: Freshman, Mulvaney & Marantz, Beverly |

| | |
|---|---|
| | Hills, CA. (now KLA Gates—Los Angeles) |
| December 1975-June 1981 | Staff Attorney: Securities and Exchange Commission, Division of Enforcement (Washington, D.C. and Los Angeles, CA). |
| August 1979-June 1980 | Visiting Professor, Pepperdine University School of Law, Malibu, CA. Subjects: Civil Procedure and Securities. |
| July 1975-December 1975 | Supervising Attorney: Prison Legal Aid Clinic, Southern Illinois University School of Law, Carbondale, IL. |
| September 1974-July 1975 | Law Clerk: Hon. Richard B. Austin, U.S. District Judge, Chicago, IL. |

## EDUCATION

**Legal**    Georgetown University Law Center, Washington, D.C. – J.D. (1974).

Honors/Activities: Editor-in-Chief, Georgetown Law Weekly; recipient of award for Most Outstanding Law School Newspaper from the American Bar Association, Law School Division (1974)

**College**    Georgetown University School of Foreign Service, Washington, D.C., A.B. (1971).

Major: International Affairs (History, Government, and Economics).

Honors: Phi Beta Kappa, cum laude.

## Supreme Court Cases Argued

*In re F5 Networks, Inc.*, 207 P.3d 433 (Wash. 2009)

*Risdall v. Brown-Wilbert*, 753 N.W. 2d 723 (Minn. 2008)

## BOOK

Securities Litigation (casebook) with Steinberg, Couture, and Kaufman (Carolina Press: 2016)

## LAW REVIEW PUBLICATIONS

"Income Equality in Utopia," 46 UPLR __ (upcoming)

"Managing the Wealth of Nations: What China and America may have to Teach each other about Corporate Governance," 68 S.M.U. L. Rev. 831 (2015)

"The Riddle of Shareholder Rights and Corporate Social Responsibility," 80 Brooklyn L. Rev. 353 (2015)

"Will *Allegran* Botox the Wrinkles out of Securities Litigation" 41 J. of Sec. Reg 287 (2013)

"M&A Fiduciary Duties: Delaware's Murky Jurisprudence," 58 Vill. Law Rev. 121 (2013)

"Executive Compensation and Income Inequality," 4 Wm. & Mary Bus. L. Rev. 1 (2013)

"Will Arbitration End Securities Litigation," 40 Sec. Reg. L. J. 159 (2012)

"Shareholder Litigation after the Meltdown," 114 W. Va. L. Rev. 531 (2012)

"After the Meltdown," 45 Tulsa L. Rev. 393 (2010)

"The Road Not Taken: Rethinking Securities Regulation and the Case for Merit Review," 44 U. Rich. L. Rev. 647 (2010)

"The Securities Act at its Diamond Anniversary: Renewing the Case for a Robust Registration Requirement" 11 U. Penn. Bus. Law J. 749 (2009)

"The Path of Corporate Law in the 21st Century," 86 Or. L. Rev. 975 (2008)

"Piercing All the Veils: Apply an Established Doctrine To a New Business Order" 32 J. of Corp. L. 529 (2007)

"Saving Legal Education," 56 J. of Leg. Ed. 254 (2006)

"Another Look at the Law of Dividends" 54 Kan. L. Rev. 449 (2006)

"After the Ball is Over: Investor Remedies in the Wake of the Dot.com crash and Recent Corporate Scandals," 83 Neb. L. Rev. 732 (2005)

"Bringing the Messiah Through Law: Legal Education at the Jesuit Schools," 48 St. L. U. L. J 549 (2004),

"Harry Truman and the Joy of Deaning," 35 U. of Toledo L. Rev. 153 (2003)

"SEC Injunctions," 68 Tenn. L. Rev. 427 (2001)

"A Natural Lawyer Takes a Sympathetic Look at Post-Modernism," 14 J. of Law & Rel. 601 (1999-2000).

"The Separation of Church and State: An American-Catholic Perspective," 47 Cath. U. Rev. 1 (1997)

"The Catholic Moment in Legal Education," 78 Marq. L. Rev 413 (1995)

"Pragmatism and the Politics of Meaning," 43 Drake L. Rev 615 (1994)

"Moral Truth and the Law: A New Look At An Old Link," 47 S.M.U.L. Rev. 61 (1993)

"Think Globally, Act Locally: It's Time To Reform the Intrastate Exemption," 20 Sec. Reg. L.J. 59 (1992)

"Protecting the Public Interest in Leveraged Buyouts," 69 Or.L. Rev. 47 (1990)

"Toward a New/Old Theory of Corporate Social Responsibility," 40 Syr.L. Rev. 1005 (1990)

"A Long Overdue Rendezvous for American Legal Education," 33 Cath. Law. 227 (1990)

"Law, Ethics, and the Levered Buyout," 65 U.Det. L. Rev. 403 (1988)

"Defensive Tactics in Tender Offers-Does Anything Go?" 53 Tenn.L. Rev. 103 (1985)

"New Rulings Threaten the Derivative Suit – Will the 'Needed Policeman' Keep Walking the Beat?" 36 S.C.L. Rev. 631 (1985)

"Integration of Securities Offerings – The ABA's 'Indiscreet' Proposal," 26 Ariz. L. Rev. 41 (1984)

## MAGAZINE AND BAR JOURNALS

"A New Corporate Model," National Law Journal, Jan. 7, 2013

"A Fatal Threat to Shareholder Litigation," National Law Journal, Mar. 12, 2012

"It's Time for the Courts to Curb Executive Pay," National Law Journal, Aug. 15, 2011

"Wall Street Needs this Beast," National Law Journal, Feb. 28, 2011

"Dodd-Frank Reins in Wall Street," National Law Journal, August 30, 2010

"Strengthen Investor Rights," National Law Journal, Sept. 14, 2009

"Time to Tighten Regulation," National Law Journal, Oct. 6, 2008

"American Catholics in Our Precarious New Gilded Age," America, Jan. 7-14, 2008.

"Private Placements: Protect Senior Investors" National Law Journal, Dec. 10, 2007.

"Remedies for Options Backdating," National Law Journal, Oct. 16, 2006.

"The Catholic Moment in Legal Education," America, October 29, 1994

"Reflections of a First Year Law Professor," Syllabus, Dec. 1983. (From an address delivered to the annual meeting of the Central States Law School Association, April, 1983)

"In Memoriam, Adrian S. Fisher," Res Ipsa Loquitur, Spring, 1983

"New Federal and State Securities Exemptions," California Business Law News, Fall, 1981

Numerous Articles on Legal Issues in the Tulsa World, Tulsa Tribune, and Oklahoma Eagle

## BOOK REVIEWS

Helen Chaitman and Lance Gotthoffer, JP Madoff: The Unholy Alliance between American's Biggest Bank and America's Biggest Crook ___ Sec. Reg. L. J. ___ (upcoming) (2016)

Harper Lee, Go Set a Watchman, (NW Lawyer, Mar. 2016)

John Paul Stevens, Six Amendments: How and Why We Should Change the Constitution (America, Nov. 17, 2014)

Richard Posner's Overcoming Law (Commonweal, July 14, 1995)

Diary of a Yuppie (Commonweal, Feb. 27 1987)

Funny Money (Commonweal, Feb. 14, 1986)

Persons and Masks of the Law and Lawyering (Commonweal, Oct. 8, 1976)

Go East, Young Man: The Autobiography of William O. Douglas, (Commonweal, Sept. 27, 1974)

The Bench and the Ballot: Southern Federal Judges and Voting Rights Laws, (Commonweal, Apr. 26, 1974)

## PROFESSIONAL PRESENTATIONS

**Congressional Testimony**     Appearance before the House Subcommittee on Telecommunications and Finance, U.S. Congress, Feb. 22, 1989, testified on leveraged buyouts.

**Other Presentations**

Presentations in October, 2015 and October, 2014 at the annual Investor Protection Conference at Loyola Law School in Chicago speaking about shareholder derivative lawsuits, state securities laws, and trends in securities arbitration.

Presentations on Excessive Executive Compensation to Law School Faculties and Classes during Spring, 2012 Sabbatical

CLE on Fiduciary Duties in Mergers and Acquisitions, Seattle, June 22, 2012

CLE on Securities Litigation, Seattle, DLA Piper, Dec. 1, 2011

CLE on Securities Law Enforcement, Washington State Bar, Seattle, Sept. 15, 2011

Address before the Northwest Securities Conference, Mar. 3, 2010 – Securities Regulation After the Meltdown

Address before the Washington State Business School Forum, Nov. 12, 2010, Monetary Policy After the Meltdown

Address on Catholic Thought in Legal Education at Loyola University Law School, Chicago, January, 1995

Address to Central States Law School Annual Meeting: "Ethics in Legal Education" April, 1989

Numerous presentations to Legal and Civic groups in Spokane, Miami, Tulsa, 1982-2004.

## CIVIC AND UNIVERSITY SERVICE HIGHLIGHTS

AALS representative, Site Visit for St. Louis U. Law School Sabbatical Inspection, Apr. 2012

Association of American Law Schools, Committee on Libraries and Technology, 2002-05.

Washington State Bar Committee on Professional Development, 2002-04

Florida Supreme Court Commission on Professionalism, 1997-2000

Miami-Dade Legal Services, Board Member, 1998-2001

Vice-President, Faculty Senate, University of Tulsa, 1993-94