# EXHIBIT F

November 1, 2016 Nevada CV 16-01086 Order Extending TRO

F I L E D
Electronically
CV14-00544
2016-11-01 04:37:26 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5785972

1  PAUL J. ANDERSON, ESQ.
   Nevada Bar No. 709
2  PROCTER J. HUG, IV, ESQ.
   Nevada Bar No. 12403
3  MAUPIN, COX & LeGOY
4  4785 Caughlin Parkway
   Reno, Nevada 89519
5  Telephone: (775) 827-2000
6  Facsimile: (775) 827-2185
   *Attorneys for Defendants*
7

8  IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

9  IN AND FOR THE COUNTY OF WASHOE

10
11  MANUEL GRAIWER and T.J. JESKY
    derivatively on behalf of BAKKEN RESOURCES,
12  INC., a Nevada Corporation,

13              Plaintiffs,                              Consolidated
                                                        Case No.: CV14-00544
14      vs.
                                                        Dept. No.: B7
15  VAL HOLMS, an individual, HERMAN
16  LANDEIS, an individual, KAREN MIDTLYING,
    an individual, DAVID DEFFINBAUGH, an
17  individual, BILL BABER, an individual,
    W. EDWARD NICHOLS, an individual, WESLEY
18  PAUL, an individual, and DOES 1-100,

19              Defendants,
                                                        **ORDER EXTENDING TRO**
20  BAKKEN RESOURCES, INC., a Nevada                    **AND GRANTING LEAVE TO**
21  Corporation,                                        **FILE COUNTERCLAIM**

22              Nominal Defendant.

23  _____

24  VAL HOLMS, an individual,

25              Plaintiff,                              Case No.: CV16-01086

26      vs.                                             Dept. No.: B7

MAUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

BAKKEN RESOURCES, INC., a Nevada corporation, DAN ANDERSON, an individual, KAREN MIDTLYNG, an individual; HERMAN R. LANDEIS, an individual, BILL M. BABER, an individual, SOLANGE CHARAS, an individual, DOUGLAS L. WILLIAMS, and individual,

Defendants.

This matter came before the Court on Defendants', BAKKEN RESOURCES, INC., a Nevada Corporation, ("BRI" or "the Company"), DAN ANDERSON, an individual, KAREN MIDTLYNG, an individual, HERMAN R. LANDEIS, an individual, BILL M. BABER, an individual, SOLANGE CHARAS, an individual, DOUGLAS L. WILLIAMS, an individual (the "Director Defendants"), collectively referred to as "Defendants," Motion for Preliminary Injunction filed with the Court of August 2, 2016.

The Court having reviewed the Motion, together with the Memorandum of Points and Authorities and numerous Exhibits attached thereto, the Oppositions filed by Plaintiff Val Holms ("Plaintiff" or "Holms"), and Derivative Plaintiffs Manuel Graiwer ("Graiwer"), and Defendants Reply, as supplemented, together with all the Exhibits attached to the Ex Parte Motion for Temporary Restraining Order filed by Defendants on July 22, 2016, which was granted by Order dated July 22, 2016, and having conducted a hearing on the Motion for Preliminary Injunction on October 25, 2016 with counsel for BRI, Paul J. Anderson, Esq., and Matthew C. Addison, Esq,. as well as Douglas Brown, Esq., on behalf of Holms, and John Aberasturi, Esq., and Thomas Bradley, Esq., on behalf of Derivative Plaintiffs Graiwer, and T.J. Jesky, and being fully informed and advised in the premises, hereby enters the following Orders:

1. The Temporary Restraining Order entered by this Court on July 22, 2016, a copy of which is attached hereto as Exhibit "1," is extended in all respects save and except as stated in


AUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

paragraph 3, below, through and including a formal decision following trial on the merits of this case.

2.  The trial in this matter, which is set to commence on April 17, 2017 for three (3) weeks, is consolidated with the Motion for Preliminary Injunction pursuant to NRCP 65(a)(2).

3.  The Temporary Restraining Order as to Graiwer is modified such that Graiwer in the future may only grant a proxy or sell any or all of his beneficially owned common stock in BRI if he complies with all United States Securities & Exchange Commission ("SEC") rules and regulations pertaining to proxy solicitations and transfers of shares, and any other pertinent rules and regulations of the SEC.

4.  Leave is granted to Defendants to file a counterclaim to set forth all equitable and legal claims Defendants intend to pursue against Plaintiff Holms on or before December 4, 2016.

5.  Trial in this matter has been set to commence April 17, 2017 as a three (3) week bench trial. A status conference has been ordered in this matter on December 1, 2016 at 1:30 p.m., and a pretrial conference has been ordered for April 6, 2017 at 1:15 p.m.

Dated this _1st_ day of _NOVEMBER_, 2016.

_Patrick Flanagan_
JUDGE PATRICK FLANAGAN
DISTRICT COURT JUDGE

RESPECTFULLY SUBMITTED BY:
Paul J. Anderson, Esq., NSB #709
4785 Caughlin Parkway
Reno, Nevada 89519
Tel.: (775) 827-2000
*Attorneys for Defendant*


LAUPIN COX LEGOY
ATTORNEYS AT LAW
P.O. Box 30000
Reno, Nevada 89520

3