WESLEY J. PAUL (State Bar No. 2802130)
wpaul@paullawgrp.com
MATTHEW C. SFERRAZZA (State Bar No. 5285754)
msferrazza@paullawgrp.com
PAUL LAW GROUP, LLP
902 Broadway, Floor 6
New York, NY 10010
Telephone:   (646) 202-2532
Facsimile:   (646) 514-6829

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAKKEN RESOURCES, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>JOSEPH R. EDINGTON,<br>JEROD EDINGTON,<br>RYAN EDINGTON,<br>IWJ CONSULTING GROUP, INC,<br>TRIAX CAPITAL MANAGEMENT, INC.,<br>MARYCLIFF INVESTMENT CORP.,<br>AMERICAN CORDILLERA MINING CORP.<br><br>            Defendants. | CASE NO. 15-CV-8686<br><br>**DECLARATION WESLEY J. PAUL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY** |

# DECLARATION OF WESLEY J. PAUL

I, WESLEY J. PAUL, hereby declare:

1. I am an attorney admitted to practice law in the United States Southern District of New York. I am a partner at the law firm Paul Law Group, attorney for Plaintiff Bakken Resources, Inc. ("Bakken") in the above-captioned action. I have personal knowledge of the facts stated herein, and if called upon, could and would testify to these facts under oath.

2. Attached as Exhibit A is a true and correct copy of Judge Flanagan's July 14, 2016 order in the matter *Graiwer v. Holms*, Case No. CV 12-00544 pending in the Second Judicial Court of the State of Nevada, County of Washoe.

3. Attached as Exhibit B is a true and correct copy of the Bakken's Form 8-K, filed May 11, 2016.

4. Attached as Exhibit C is a true and correct copy of Bakken's Form 8-K, filed on May 10, 2016.

5. Attached as Exhibit D is a true and correct copy of Val Holm's motion dated May 17, 2016 to enjoin the use of Eagle Transaction's credit facility filed with Judge Flanagan in Department 7 of the Second Judicial Court of the State of Nevada, County of Washoe in *Holms v. Bakken*, Case No. CV-16-01086.

6. Attached as Exhibit E is a true and correct copy of Judge Flanagan's order dated July 14, 2016 in the matter *Graiwer v. Holms*, Case No. CV 12-00544 pending in the Second Judicial Court of the State of Nevada, County of Washoe.

7. Attached as Exhibit F is a true and correct copy of Judge Seeley's July 22, 2016 order granting a temporary restraining order and an order to show cause in the matter *Bakken Resources, Inc. v. Holms*, CDV-2016-612 pending in the Montana First Judicial District Court, Lewis & Clark County.

8. Attached as Exhibit G is a true and correct copy of Judge Seeley's August 1, 2016 order granting a temporary restraining order and an order to show cause in the matter *Bakken Resources, Inc. v. Holms*, CDV-2016-612 pending in the

1
DECLARATION OF WESLEY J. PAUL ISO PLAINTIFFS' OPPOSITION TO DEFENDATS' MOTION TO STAY PROCEEDINGS PENDING APPEAL

1  Montana First Judicial District Court, Lewis & Clark County.

2      9.     Attached as Exhibit H is a true and correct copy of Bakken's Form 8-K
3  filed on July 26, 2016.

4      10.     Attached as Exhibit I is a true and correct copy of the Judge Flanagan's
5  November 1, 2016 order extending the temporary restraining order and granting
6  leave to file a counterclaim in the matter *Graiwer v. Holms*, Case No. CV 12-00544
7  pending in the Second Judicial Court of the State of Nevada, County of Washoe.

8      11.     Attached as Exhibit J is a true and correct copy of the complaint dated
9  July 21, 2016 and summons filed in the matter *Bakken Resources, Inc. v. Anderson*,
10 DDV 2016-611 in the Montana First Judicial District Court, Lewis & Clark County.

11     12.     Attached as Exhibit K is a true and correct copy of a letter from Bakken
12 to Lamb & Carey dated July 27, 2016.

13     13.     Attached as Exhibit L is a true and correct copy of Lam & Carey's
14 motion to withdraw dated July 27, 2016 filed in the matter *Bakken Resources, Inc. v.*
15 *Anderson*, DDV 2016-611 in the Montana First Judicial District Court, Lewis &
16 Clark County.

17     14.     Attached as Exhibit M is a true and correct copy of Judge Reynolds
18 August 8, 2016 order granting dismissal in the matter *Bakken Resources, Inc. v.*
19 *Anderson*, DDV 2016-611 in the Montana First Judicial District Court, Lewis &
20 Clark County.

21     15.     Attached as Exhibit N is a true and correct copy of Judge Reynolds'
22 October 19, 2016 order issuing a temporary restraining order in the matter *Bakken*
23 *Resources, Inc. v. Holms*, CDV-2016-612 pending in the Montana First Judicial
24 District Court, Lewis & Clark County.

25     16.     Attached as Exhibit O is a true and correct copy of the transcript of a
26 December 12, 2016 hearing in the matter *Bakken Resources, Inc. v. Holms*, CDV-
27 2016-612 pending in the Montana First Judicial District Court, Lewis & Clark
28 County.

2
DECLARATION OF WESLEY J. PAUL ISO PLAINTIFFS' OPPOSITION TO DEFENDATS' MOTION TO STAY PROCEEDINGS PENDING APPEAL

1  17. Attached as Exhibit P is a true and correct copy of Judge Reynolds'
2  January 3, 2017 order granting a preliminary injunction in the matter *Bakken*
3  *Resources, Inc. v. Holms*, CDV-2016-612 pending in the Montana First Judicial
4  District Court, Lewis & Clark County.
5  18. Attached as Exhibit Q is a true and correct copy of the transcript of a
6  February 22, 2017 hearing in the matter *Bakken Resources, Inc. v. Holms*, CDV-
7  2016-612 pending in the Montana First Judicial District Court, Lewis & Clark
8  County.
9  19. Attached as Exhibit R is a true and correct copy of Bakken's
10 Objections to Defendant's Proposed Orders Submitted to the Court on April 5, 2017,
11 filed on April 10, 2017 in the matter *Bakken Resources, Inc. v. Holms*, CDV-2016-
12 612 pending in the Montana First Judicial District Court, Lewis & Clark County.
13 20. Attached as Exhibit S is a true and correct copy of the transcript of an
14 August 9, 2016 hearing in the matter *Bakken Resources, Inc. v. Holms*, CDV-2016-
15 612 pending in the Montana First Judicial District Court, Lewis & Clark County.
16
17 I declare under penalty of perjury under the laws of the United States that the
18 foregoing is true and correct. Executed this 26th day of May, 2017, at New York,
19 New York.

20          /s/ Wesley J. Paul
            WESLEY J. PAUL
21
22
23
24
25
26
27
28