# Exhibit F

Judge Seeley's July 22, 2016 order granting a temporary restraining order and an order to show cause in the matter Bakken Resources, Inc. v. Holms, CDV-2016-612 pending in the Montana First Judicial District Court, Lewis & Clark County.  Note that Exhibits F and G are identical and should be treated interchangeably.

MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS & CLARK COUNTY

| | |
|---|---|
| BAKKEN RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VAL M. HOLMS, ALLAN G. HOLMS, TODD JENSEN and ALLEN COLLINS, <br><br> Defendants. | Cause No. CDV-2016-612 <br><br> **ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

The Court, having reviewed Bakken Resources, Inc.'s *Motion for Temporary Restraining Order and Brief in* Support, and good cause showing,

HEREBY ORDERS that Defendant Val M. Holms ("Holms") or his agents from any of the following actions:

    a)    providing a proxy to any person or entity to vote his shares of Common Stock in BRI;

    b)    voting his shares in any manner that seeks to replace any member of the Board;

    c)    voting his shares in any manner that seeks to replace the Corporate Officer, including the current CFO Dan Anderson and current Corporate Secretary Karen Midtlyng; and

    d)    any other actions of any kind that could have a material detrimental impact on BRI's business/operations.

IT IS HEREBY FUTHER ORDERED THAT pursuant to Montana Rule of Civil Procedure 65 and Montana Code Annotated §§ 27-19-101 through 27-19-319 that Defendants Allan G. Holms, Todd Jensen and Allen Collins or their agents from any of the following actions:

    a) taking any actions on behalf of BRI including attempts to replace BRI's Board, Corporate Officer or BRI's attorneys;

    b) taking any action purportedly on behalf of BRI to access BRI's bank accounts including those accounts with Wells Fargo;

    c) representing to any person or entity that they are Directors of BRI with authority to conduct business or take actions on behalf of BRI;

    d) attempting to act on behalf of BRI in any manner whatsoever;

    e) taking any actions that could affect the business/operations of BRI in any respect; and

    f) exercising any of the proxies included in Exhibit A to the Complaint.

IT IS FURTHER ORDERED that Defendants Val M. Holms, Todd Jensen and Allen Collins shall show cause why the temporary restraining order should not be made permanent pending further proceedings herein. The Court has set this Order to Show Cause to be heard in open court on the __1__ day of __Aug__, 2016, at __9:30__ o'clock a.m./p.m.

This Order to Show Cause shall be served forthwith on Defendant Val M. Holms.

DATED this __22__ day of __July__, 2016.

_____
DISTRICT COURT JUDGE