# Exhibit K

Letter from Bakken to Lamb & Carey dated July 27, 2016



**BAKKEN RESOURCES INC**

July 27, 2016

Lamb & Carey
2601 Broadway Street
Helena, Montana 59601

Dear James P. Carey:

We are the disinterested members of the Board of Directors of Bakken Resources, Inc. ("BRI").

Please be advised that you have no authority to act on behalf of BRI. This requires you to cease any work effort or services that you are presently purportedly engaged in on behalf of BRI. Please prepare your complete file for any and all BRI matters, including but not limited to Cause No. DDV 2016-611 filed by you in the Montana First Judicial District Court and deliver the file to the Helena offices of Browning, Kaleczyc, Berry & Hoven, P.C. (attention: Oliver Goe, Esq.), 800 North Last Chance Gulch, Helena, Montana.

Thank you for your prompt attention to this matter.

Sincerely,

(See Attached Signatures)

| Herman Landeis | Doug Williams | Dr. Solange Charas | Bill Baber |
| Director | Director | Director | Director |

PO Box 1839   Helena, MT 59624

www.bakkenresourcesinc.com



**BAKKEN RESOURCES INC**

July 27, 2016

Lamb & Carey
2601 Broadway Street
Helena, Montana 59601

Dear James P. Carey:

We are the disinterested members of the Board of Directors of Bakken Resources, Inc. ("BRI").

Please be advised that you have no authority to act on behalf of BRI. This requires you to cease any work effort or services that you are presently purportedly engaged in on behalf of BRI. Please prepare your complete file for any and all BRI matters, including but not limited to Cause No. DDV 2016-611 filed by you in the Montana First Judicial District Court and deliver the file to the Helena offices of Browning, Kaleczyc, Berry & Hoven, P.C. (attention: Oliver Goe, Esq.), 800 North Last Chance Gulch, Helena, Montana.

Thank you for your prompt attention to this matter.

Sincerely,

| Herman Landeis | Doug Williams | Dr. Solange Charas | Bill Baber |
| Director | Director | Director | Director |



**BAKKEN RESOURCES INC**

July 27, 2016

Lamb & Carey
2601 Broadway Street
Helena, Montana 59601

Dear James P. Carey:

We are the disinterested members of the Board of Directors of Bakken Resources, Inc. ("BRI").

Please be advised that you have no authority to act on behalf of BRI. This requires you to cease any work effort or services that you are presently purportedly engaged in on behalf of BRI. Please prepare your complete file for any and all BRI matters, including but not limited to Cause No. DDV 2016-611 filed by you in the Montana First Judicial District Court and deliver the file to the Helena offices of Browning, Kaleczyc, Berry & Hoven, P.C. (attention: Oliver Goe, Esq.), 800 North Last Chance Gulch, Helena, Montana.

Thank you for your prompt attention to this matter.

Sincerely,

| Herman Landeis | Doug Williams | Dr. Solange Charas | Bill Baber |
| Director | Director | Director | Director |



**BAKKEN RESOURCES INC**

July 27, 2016

Lamb & Carey
2601 Broadway Street
Helena, Montana 59601

Dear James P. Carey:

We are the disinterested members of the Board of Directors of Bakken Resources, Inc. ("BRI").

Please be advised that you have no authority to act on behalf of BRI. This requires you to cease any work effort or services that you are presently purportedly engaged in on behalf of BRI. Please prepare your complete file for any and all BRI matters, including but not limited to Cause No. DDV 2016-611 filed by you in the Montana First Judicial District Court and deliver the file to the Helena offices of Browning, Kaleczyc, Berry & Hoven, P.C. (attention: Oliver Goe, Esq.), 800 North Last Chance Gulch, Helena, Montana.

Thank you for your prompt attention to this matter.

Sincerely,

| Herman Landeis | Doug Williams | Dr. Solange Charas | Bill Baber |
| Director | Director | Director | Director |



**BAKKEN RESOURCES INC**

July 27, 2016

Lamb & Carey
2601 Broadway Street
Helena, Montana 59601

Dear James P. Carey:

We are the disinterested members of the Board of Directors of Bakken Resources, Inc. ("BRI").

Please be advised that you have no authority to act on behalf of BRI. This requires you to cease any work effort or services that you are presently purportedly engaged in on behalf of BRI. Please prepare your complete file for any and all BRI matters, including but not limited to Cause No. DDV 2016-611 filed by you in the Montana First Judicial District Court and deliver the file to the Helena offices of Browning, Kaleczyc, Berry & Hoven, P.C. (attention: Oliver Goe, Esq.), 800 North Last Chance Gulch, Helena, Montana.

Thank you for your prompt attention to this matter.

Sincerely,

*Bill Baber*

Herman Landeis        Doug Williams        Dr. Solange Charas        Bill Baber
Director              Director             Director                  Director