# Exhibit L

Lam & Carey's motion to withdraw dated July 27, 2016 filed in the matter Bakken Resources, Inc. v. Anderson, DDV 2016-611 in the Montana First Judicial District Court, Lewis & Clark County

Micheal. F. Lamb
James P. Carey
LAMB & CAREY
2601 Broadway
Helena, MT 59601
(406) 457-1100
(406) 441-2100 (fax)
lambo@lambandcarey.com

MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS & CLARK COUNTY

| | |
|---|---|
| BAKKEN RESOURCES, INC., a Nevada corporation, | NO. DDV 2016-611 |
| Plaintiff, | Hon. James P. Reynolds |
| v. | **MOTION TO WITHDRAW AS COUNSEL** |
| DANIEL D. ANDERSON, a married person, KAREN S. MIDTLYNG, a married person, WESLEY J. PAUL, a married person, and JOHN DOES NOS. 1-10, | |
| Defendants. | |

COMES NOW, James P. Carey, Lamb & Carey, and herein moves this Court for an Order permitting his withdrawal as counsel of record for the plaintiff in this cause.

Plaintiff's written consent to withdrawal is attached.

DATED this 27 day of July, 2016.

James P. Carey

Micheal. F. Lamb
James P. Carey
LAMB & CAREY
2601 Broadway
Helena, MT 59601
(406) 457-1100
(406) 441-2100 (fax)
lambo@lambandcarey.com

MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS & CLARK COUNTY

| | |
|---|---|
| BAKKEN RESOURCES, INC., a Nevada corporation, | NO. DDV 2016-611 |
| Plaintiff, | Hon. James P. Reynolds |
| v. | **CONSENT** |
| DANIEL D. ANDERSON, a married person, KAREN S. MIDTLYNG, a married person, WESLEY J. PAUL, a married person, and JOHN DOES NOS. 1-10, | |
| Defendants. | |

Plaintiff herein consents to the withdraw of James P. Carey, Lamb & Carey, as its attorney of record in this matter.

DATED this 27 day of July, 2016.

BAKKEN RESOURCES INC
~~James P. Carey~~
[signature]