# Exhibit N

Judge Reynolds' October 19, 2016 order issuing a temporary restraining order in the matter Bakken Resources, Inc. v. Holms, CDV-2016-612 pending in the Montana First Judicial District Court, Lewis & Clark County

RECEIVED
OCT 1 9 2016
BROWNING, KALECZYC,
BERRY & HOVEN, PC

NANCY SWEENEY
CLERK DISTRICT COURT

2016 OCT 19 AM 10: 39

FILED
BY MICHELLE WRAY
DEPUTY

MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS & CLARK COUNTY

\* \* \* \* \* \*

| | | |
|---|---|---|
| BAKKEN RESOURCES, INC., | ) | Cause No. DDV 2016-612 |
| Plaintiff, | ) | |
| vs. | ) | TEMPORARY RESTRAINING ORDER |
| VAL M. HOLMS, ALLAN G. HOLMS, TODD JENSEN and ALLEN COLLINS, | ) | |
| Defendants and Third Party Plaintiffs, | ) | |
| vs. | ) | |
| KAREN MIDTLYNG, DANIEL D. ANDERSON, and WESLEY J. PAUL, And John Does 1-10, | ) | |
| Third Party Defendants. | ) | |

\* \* \* \* \* \*

The Court having reviewed Allen Holms, Todd Jenson and Allen Collins' Application for A Temporary Restraining Order and Brief in Support, and good cause showing, HEREBY ORDERS that Plaintiff BRI and its agents are hereby:

1. Temporarily enjoined from holding an annual meeting until 60 days after the Court decides whether the July 20, 2016, election of a new Board of Directors

1

was valid and enforceable; whether or not the Eagle transaction was fraudulent; and whether there was a triggering event allowing Eagle to convert its loan to stock.

2. Temporarily enjoined from allowing Eagle to vote on any matters at any time, including an annual meeting or a motion by shareholder consent, until the Court issues a ruling whether the July 20, 2016, election of a new Board of Directors was valid and enforceable; whether or not the Eagle transaction was fraudulent; and whether there was a triggering event to allow Eagle to convert its loan to stock.

IT IS FURTHER ORDERED that Plaintiff BRI and its agents shall show cause why the Temporary Restraining Order should not be made permanent pending further proceedings herein. The Court has set this Order to Show Cause to be heard in open Court the 7 day of November, 2016, at 10:00 o'clock (am)/pm.

This Order to Show Cause shall be served forth on Plaintiff BRI's counsel, Oliver Goe, immediately.

Dated this 19 day of October, 2016.

JAMES P. REYNOLDS
_____
HONORABLE JAMES P. REYNOLDS
DISTRICT JUDGE

cc. John Doubek
Oliver Goe