# EXHIBIT K

Defendants' Exhibit K - July 7 2014 – N.Y.S. Certificate of Incorporation - League of Champions Inc.

NCR-26

140709000  478

New York State
Department of State
Division of Corporations, State Records & Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.state.ny.us

(This form must be printed or typed in black ink)

# CERTIFICATE OF INCORPORATION
## OF
### Champions League, Inc.
*(Insert corporate name)*

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:
Champions League, Inc.

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is: New York

**FOURTH:** The total number of shares which the corporation shall have authority to issue and a statement of the par value of each share or a statement that the shares are without par value are:
Ten million (10,000,000) shares of common stock, par value $0.001 per share

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:
c/o Wesley J. Paul
Paul Law Group
902 Broadway, 6th Floor    NY, NY    10010

**SIXTH:** (optional) The name and street address within this state of the registered agent of the corporation upon whom process against the corporation may be served:
Wesley J. Paul    902 Broadway, 6th Floor    NY    NY    10010

-1-

DOS-1239 (Rev. 05/08)

140709000478

**NCR-26**

478

### Incorporator Information Required

X _____
(Signature)

Wesley J. Paul
(Type or print name)

902 Broadway, 6th Floor
(Address)

New York     NY     10010
(City, State, Zip code)

FILED 2014 JUL -9 PM 12:58

## CERTIFICATE OF INCORPORATION
## OF

Champions League, Inc.
(Insert corporate name)

Under Section 402 of the Business Corporation Law

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED

JUL -9 2014

TAX $_____

BY:_____

Filed by:  Paul Law Group, LLP
(Name)

902 Broadway, 6th Floor
(Mailing address)

New York, NY 10010
(City, State and Zip code)

Note: This form was prepared by the New York State Department of State for filing a certificate of incorporation for a business corporation. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The fee for a certificate of incorporation is $125 plus the applicable tax on shares required by Section 180 of the Tax Law. The minimum tax on shares is $10. The tax on 200 no par value shares is $10 (total $135). Checks should be made payable to the Department of State for the total amount of the filing fee and tax.

RECEIVED 2014 JUL -8 PM 2:06

-2-

**Drawdown**